**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NEVADA TITLE COMPANY,<br><br>　　　　　　Defendant. | 2:15-cv-02283-RFB-VCF<br>**ORDER** |

　　　　Before the court is Defendant Nevada Title Company's Emergency Motion to Stay Discovery Pending Resolution of the Motion to Dismiss, or in the Alternative, for Summary Judgment (ECF NO. 16).

　　　　IT IS HEREBY ORDERED that any opposition to the instant motion (ECF NO. 16) must be filed on or before May 13, 2016.  Any reply in support of the motion must be filed on or before May 18, 2016.

　　　　IT IS FURTHER ORDERED that a hearing on Defendant Nevada Title Company's Emergency Motion to Stay Discovery Pending Resolution of the Motion to Dismiss, or in the Alternative, for Summary Judgment (ECF NO. 16) is scheduled for 2:00 p.m., May 20, 2016, in courtroom 3D.

　　　　DATED this 5th day of May, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE