**Marquis Aurbach Coffing**
Terry A. Moore, Esq.
Nevada Bar No. 7831
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tmoore@maclaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMTRUST BANK,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA TITLE COMPANY, a Nevada corporation,<br><br>Defendant. | Case No.:   2:15-cv-02283-RFB-VCF |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO TAKE ADDITIONAL DISCOVERY AND TO CONTINUE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DKTS #24, 25, AND 26]**
(First Request)

COMES NOW Defendant Nevada Title Company and Plaintiff Federal Deposit Insurance Company, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On December 14, 2016, Plaintiff Federal Deposit Insurance Company filed a Motion to Take Additional Discovery and to Continue Defendant's Motion for Summary Judgment [Dkt. #24, 25, and 26].

2. Due to the Opposition due date falling during the holidays, counsel for both parties have agreed to extend the time for Defendant to file their Opposition.

3. Defendant shall have an extension of time until January 5, 2017 to file its Opposition to the Motion.

Page 1 of 2

MAC:06374-020 2966194_1 12/15/2016 4:43 PM

4. This Stipulation is made in good faith and not for purpose of delay.

| | |
|---|---|
| Dated this 15th day of December, 2016. | Dated this 15th day of December, 2016. |
| MARQUIS AURBACH COFFING | KOLESAR & LEATHAM |
| By: /s/Terry A. Moore<br>Terry A. Moore, Esq.<br>Nevada Bar No. 7831<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendant | By: /s/Shlomo S. Sherman<br>Shlomo S. Sherman Esq.<br>Nevada Bar No. 9688<br>400 S. Rampart Boulevard, Ste 400<br>Las Vegas, Nevada 89145<br>Attorneys for Plaintiff |

**ORDER**

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
United States District Judge

DATED this 2nd day of January, 2017.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2016, I electronically transmitted the above **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO TAKE ADDITIONAL DISCOVERY AND TO CONTINUE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DKTS #24, 25, AND 26]** using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

/s/ *Carrie Roberts*
Carrie Roberts, an employee of
Marquis Aurbach Coffing

MAC:06374-020 2966194_1 12/15/2016 4:43 PM