BART LARSEN, ESQ.
Nevada Bar No. 008538
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   blarsen@klnevada.com
             ssherman@klnevada.com

*Attorneys for Plaintiff
FDIC as Receiver for AMTRUST BANK*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for AMTRUST BANK,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA TITLE COMPANY, a Nevada corporation,<br><br>Defendant. | CASE NO. 2:15-cv-02283-RFB-VCF<br><br>**MOTION FOR AN ORDER TO REMOVE COUNSEL FOR FDIC-R**<br><br>[Local Rule IA 11-6(b)] |

SHLOMO S. SHERMAN, ESQ., of the law firm KOLESAR & LEATHAM, attorney of record for FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for AMTRUST BANK ("FDIC-R"), hereby moves this Court for an Order to remove EMILIA P. E. MORRIS as counsel for FDIC-R in this matter. Ms. Morris was admitted *pro hac vice* in this action. Ms. Morris will be departing the firm of Mortgage Recovery Law Group, national counsel for FDIC-R.

///

///

///

///

A true and correct copy of the Notice of Disassociation of Counsel of Ms. Morris served on our client, FDIC-R, and opposing counsel in this matter is attached hereto as **Exhibit "1"**.

Dated this 20th day of June, 2017

KOLESAR & LEATHAM

/s/

BART K. LARSEN, ESQ.
Nevada Bar No. 008538
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
(702) 362-7800
blarsen@klnevada.com
ssherman@klnevada.com

*Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for AmTrust Bank*

## ORDER

IT IS SO ORDERED.

/s/

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

Dated: July 7, 2017

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Kolesar & Leatham, and that on the 20th day of June, 2017, I caused to be served a true and correct copy of foregoing MOTION FOR AN ORDER TO REMOVE COUNSEL FOR FDIC-R [LOCAL RULE IA 11-6(b)] in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

Sheri M. Thome, Esq.
Chad C. Butterfield, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101

*Attorneys for Defendant*

/s/ Mary A. Barnes
An Employee of KOLESAR & LEATHAM

# Exhibit "1"
(Notice of Disassociation of Emilia P.E. Morris)

| | |
|---|---|
| 1 | BART LARSEN, ESQ. |
| | Nevada Bar No. 008538 |
| 2 | SHLOMO S. SHERMAN, ESQ. |
| | Nevada Bar No. 009688 |
| 3 | **KOLESAR & LEATHAM** |
| | 400 South Rampart Boulevard, Suite 400 |
| 4 | Las Vegas, Nevada 89145 |
| | Telephone: (702) 362-7800 |
| 5 | Facsimile: (702) 362-9472 |
| | E-Mail: blarsen@klnevada.com |
| 6 | ssherman@klnevada.com |
| 7 | *Attorneys for Plaintiff* |
| | *FDIC as Receiver for AMTRUST BANK* |

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for AMTRUST BANK, | CASE NO. 2:15-cv-02283-RFB-VCF |
| Plaintiff, | **NOTICE OF DISASSOCIATION OF EMILIA P. E. MORRIS AS COUNSEL FOR FDIC-R** |
| vs. | |
| NEVADA TITLE COMPANY, a Nevada corporation, | **[Local Rule IA 11-6(b)]** |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this Notice of Disassociation is being submitted to inform all the parties and counsel that EMILIA P. E. MORRIS, ESQ. will be departing the firm of the MORTGAGE RECOVERY LAW GROUP, national counsel for Plaintiff Federal Deposit Insurance Corporation as Receiver for AmTrust Bank ("FDIC-R"), and further that EMILIA

P. E. MORRIS, ESQ. is no longer associated as counsel for FDIC-R in this action.

Dated this 20th day of June, 2017

KOLESAR & LEATHAM

/s/ Bart K. Larsen
BART K. LARSEN, ESQ.
Nevada Bar No. 008538
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
(702) 362-7800
blarsen@klnevada.com
ssherman@klnevada.com
*Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for AmTrust Bank*